

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

## No. 02-24-00482-CR

———————————————

ANTHONY RYAN PATTERSON, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court No. DC78-CR2023-0552-13

---

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION

Appellant Anthony Ryan Patterson was tried on one indictment with 13 counts. He was convicted of five counts and acquitted of eight. Appellant filed this appeal from one of the judgments of acquittal.

On December 23, 2024, we notified Appellant of our concern that we lacked jurisdiction over this appeal because we generally have jurisdiction to consider an appeal in a criminal case only when there has been a final judgment of conviction. *See* Tex. Code Crim. Proc. Ann. art. 44.02; *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). We informed Appellant that this appeal would be dismissed for want of jurisdiction unless he responded with grounds for continuing the appeal. *See* Tex. R. App. P. 43.2(f), 44.3. Appellant's counsel responded and stated that we should dismiss Appellant's appeal from trial court case number DC78-CR2023-0552-13, in which Appellant was acquitted.

Accordingly, we dismiss this appeal.[1] *See* Tex. R. App. P. 43.2(f).

---

[1]Appellant has also filed five other notices of appeal—from judgments of conviction—that this court has docketed in appellate case numbers 02-24-00483-CR, 02-24-00484-CR, 02-24-00485-CR, 02-24-00486-CR, and 02-24-00487-CR. On Appellant's motion, we consolidated these companion appeals for briefing purposes, and they remain pending before this court.

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: January 30, 2025